UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 16-CV-20732-GAYLES/TURNOFF

ENA ARBONA,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

## NOTICE OF ENTRY OF MEDIATOR

The Plaintiff, ENA ARBONA, by and through undersigned counsel and with the consent of counsel for Defendant, hereby gives notice pursuant to Clerk's Notice to filer [D.E. 12], that the parties have selected **Michael P. Essington, Esq.** as the mediator in this matter.

    *Respectfully submitted,*

    LIPCON, MARGULIES,
    ALSINA & WINKLEMAN, P.A.
    *Attorneys for Plaintiff*
    One Biscayne Tower, Suite 1776
    2 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone No.: (305) 373-3016
    Facsimile No.: (305) 373-6204
    E-mail: Mwinkleman@lipcon.com
    E-mail: Dvillarreal@lipcon.com

By: */s/ David A. Villarreal*
    **MICHAEL A. WINKLEMAN**
    Florida Bar No. 36719
    **DAVID A. VILLARREAL**
    Florida Bar No. 100069

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of March, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ David A. Villarreal*
     **DAVID A. VILLARREAL**

## SERVICE LIST
*Ena Arbona v. Carnival Corp.*
**Case No. 16-cv-20732-GAYLES/TURNOFF**

| | |
|---|---|
| **Michael A. Winkleman, Esq.** | **J. Michael Magee, Esq.** |
| mwinkleman@lipcon.com | E-mail: mmagee@carnival.com |
| **David A. Villarreal, Esq.** | Carnival Corporation |
| Dvillarreal@lipcon.com | d/b/a Carnival Cruise Lines |
| LIPCON, MARGULIES, | 3655 N.W. 87th Avenue |
| ALSINA & WINKLEMAN, P.A. | Miami, FL 33178 |
| One Biscayne Tower, Suite 1776 | Phone: (305) 599 – 2600 |
| 2 South Biscayne Boulevard | Fax: (305) 406 – 4732 |
| Miami, Florida 33131 | *Attorney for Defendant* |
| Telephone No.: (305) 373-3016 | |
| Facsimile No.: (305) 373-6204 | |
| *Attorneys for Plaintiff* | |