UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 16-CV-20732-GAYLES/TURNOFF

ENA ARBONA,

    Plaintiff,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINE,

    Defendant.
_____/

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Order of this Court and consistent with the Local Rules of the United States District Court for the Southern District of Florida and the Federal Rules of Civil Procedure, the parties advise the Court that:

**IT IS STIPULATED** by and between the Plaintiff, ENA ARBONA, and Defendant, CARNIVAL CORPORATION, d/b/a CARNIVAL CRUISE LINE, that all the claims and causes of action between or among the parties have been amicably resolved, and that all the claims and causes of action between or among the above parties are hereby dismissed with prejudice, each party to bear its own costs and fees.

DATED this __5th__ day of __October__, 2016.

| | |
|---|---|
| RICARDO V. ALSINA, ESQ. | J. MICHAEL MAGEE, ESQ. |
| LIPCON, MARGULIES, | CARNIVAL CRUISE LINE |
| ALSINA & WINKLEMAN, P.A. | Attorney for Defendant |
| Attorney for Plaintiff | 3655 N.W. 87th Avenue |
| Suite 1776 – One Biscayne Tower | Miami, Florida 33178 |
| Miami, Florida 33131 | Direct Line: (305) 406-5453 |
| Telephone: (305) 373-3016 | Dedicated Judge's Phone (305) 406-5399 |
| Facsimile: (305) 373-6204 | (For Judges only) |
| | Legal Asst. Maria Rodriguez (305) 599-2600 x 18026 |
| | Tel. No. (305) 599-2600 – Legal Services Dept. |
| By /s/ Ricardo V. Alsina | Facsimile: (305) 406-4732 |
|     RICARDO V. ALSINA, ESQ. | mmagee@carnival.com |
|     Fla. Bar No. 883182 | marodriguez@carnival.com |
| | |
| | By /s/ J. Michael Magee |
| |     J. MICHAEL MAGEE, ESQ. |
| |     Fla. Bar No. 739642 |